The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Thomas N. Shiomos is affirmed.

458 A.2d 270

Commonwealth v. Walker, Appellant.

Submitted June 16, 1982. William Gleason Barbin, Assistant Public Defender, for appellant; D. Gerard Long, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

458 A.2d 271

Commonwealth v. Walker, Appellant.

Submitted September 14, 1981. Joseph Hugh O'Donnell, Jr., submitted a brief on behalf of appellant; Michelle Lehr, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.*

Judgment of sentence affirmed.

458 A.2d 271

Commonwealth v. Whaley, Appellant.

Submitted January 11, 1983.

Jeffrey A. Connelly, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.

458 A.2d 271

Commonwealth v. Wooley, Appellant.

Submitted April 28, 1982.

Donald B. Calaiaro, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

* DiSalle, J., did not participate in the consideration or decision of this case.